# Notice Recipients

District/Off: 0752−1  User: admin  Date Created: 8/27/2024
Case: 24−12531  Form ID: 309A  Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Kwok Lun Wong | 738 Bethel Ave    Bolingbrook, IL 60490 |
| tr | Peter N Metrou | Metrou & Nemiroff PC    123 W Washington St Suite 216    Oswego, IL 60543 |
| aty | Vaughn A White | Vw Law LLC    1700 Park St    Suite 203    Naperville, IL 60563 |
| 31004735 | Affirm, Inc. | Attn: Bankruptcy Attn: Bankruptcy    650 California St , Fl 12    San Francisco, CA 94108−2716 |
| 31004736 | Bank of America | Attn: Bankruptcy 4909 Savarese Circle    Tampa, FL 33634 |
| 31004737 | Chase Card Services | Attn: Bankruptcy P.O. 15298    Wilmington, DE 19850 |
| 31004738 | Citibank | PO Box 790040    Saint Louis, MO 63179 |
| 31004739 | Discover Student Loans | Attn: Bankruptcy    PO Box 30948    Salt Lake City, UT 84130−0948 |
| 31004740 | Extra Space Storage | 1200 S Weber Rd    Bolingbrook, IL 60490 |
| 31004741 | Internal Revenue Service | Centralized Insolvency Operation    Post Office Box 7346    Philadelphia, PA 19101 |
| 31004742 | Lvnv Funding/Resurgent Capital | Attn: Bankruptcy    PO Box 10497    Greenville, SC 29603 |
| 31004743 | Mariner Finance, LLC | Attn: Bankruptcy 8211 Town Center Drive    Nottingham, MD 21236 |
| 31004744 | Meridian Financial Services, Inc. | Attn: Bankruptcy    PO Box 1410    Asheville, NC 28802−1410 |
| 31004745 | One Main Financial | Attn: Bankruptcy    PO Box 3251    Evansville, IN 47731 |
| 31004746 | Synchrony/Car Care Napa | Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896−5060 |
| 31004747 | Synchrony/PayPal Credit | Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896−5060 |

TOTAL: 16