UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:  24-12531
Kwok Wong )
 )  Chapter: 7
 )
 )  Honorable Timothy A. Barnes
 )
 )  Joliet
Debtor(s) )

**ORDER GRANTING APPLICATION TO SET HEARING ON EMERGENCY MOTIONS**

The court having reviewed the Debtor's Application to Set Hearing on Emergency Motion [Dkt. No. 13] (the "Application") and the motions attached thereto (the "Motions"),

IT IS HEREBY ORDERED THAT:

1. The Application is granted. Hearing on the Motions is set for Wednesday, September 18, 2024, at 9:00 AM in courtroom 744 of Dirksen Federal Courthouse (219 S Dearborn St, Chicago, IL 60604) or via Zoom.

To appear by Zoom go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

2. The Debtor is directed to file the Motions, notice the Motions for the scheduled time and serve the appropriate parties via fax or personal service. Proof of such service must be provided at the hearing.

Enter:

United States Bankruptcy Judge

Dated:  September 13, 2024

**Prepared by:**

Rev: 20130104_bko